FLUORO ELECTRIC CORPORATION, PLAINTIFF-RESPOND-ENT, v. SMITH TRANSPORT LIMITED, DEFENDANT-APPELLANT.

Argued April 25, 1960—Decided May 9, 1960.

*Mr. Jerome S. Lieb* argued the cause for the defendant-appellant (*Messrs. Harkavy & Lieb,* attorneys).

*Mr. Arthur Slavitt* argued the cause for the plaintiff-respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Conford in the court below.

BURLING, J., concurring in result.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.